No. 72–5048.  DAMERON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5049.  RAMSDELL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 72–5051.  BETHEA *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–5052.  COX *v.* MCNAMARA ET AL.  Ct. App. Ore. Certiorari denied.

No. 72–5055.  COLLINS *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 72–5056.  LONG *v.* ALLDREDGE, WARDEN, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 72–5057.  THACKER *v.* SLAYTON, PENITENTIARY SUPERINTENDENT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 72–5060.  DIGGS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5064.  REILLY *v.* CAULDWELL-WINGATE Co., INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 72–5067.  WIMBERLEY ET AL. *v.* LYNCH, ATTORNEY GENERAL OF CALIFORNIA, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 72–5074.  PUCO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 72–5078.  TROY *v.* KANSAS ET AL.  C. A. 10th Cir.  Certiorari denied.